IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRENDA W. HICKEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:25-cv-431 (MTT) |
| | ) |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

On October 8, 2025, the Court ordered the parties to confer and present their proposed scheduling/discovery order by November 7, 2025. ECF 3. But the plaintiff failed to confer with the defendant and consequently failed to comply with the Court's Rules 16/26 Order. ECF 7. The Court then ordered the plaintiff to show cause why this case should not be dismissed for failure to comply with the Court's Rules 16/26 Order. *Id.* The Court ordered the plaintiff to show cause within fourteen days, by November 24, 2025. *Id.* The time for compliance has passed, and the plaintiff has again failed to comply with the order of the Court. Failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th

Cir. 1978))[1]. Accordingly, the plaintiff's complaint (ECF 1) is **DISMISSED without prejudice**.

**SO ORDERED**, this 9th day of December, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).